UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
NO. 3:16cr97

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FERMIN GARZA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

UPON MOTION OF THE UNITED STATES OF AMERICA, the Court hereby grants leave to the United States to move to dismiss and hereby orders the dismissal of the above-captioned Bill of Indictment as it relates to Defendant FERMIN GARZA without prejudice.

IT IS SO ORDERED.

Signed: August 24, 2017

Frank D. Whitney
Chief United States District Judge